# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00429-CV

**Liam Shawn Doyle, Appellant**

**v.**

**Rosalie Ann Doyle, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-13-006572, HONORABLE TIM SULAK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Liam Shawn Doyle has informed this Court that he no longer wishes to pursue this appeal and has filed a motion to dismiss it.[1] Appellant's counsel states that he has conferred with counsel for appellee Rosalie Ann Doyle, who does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed: October 24, 2014

_____

[1] Appellant's request for waiver of filing fees and court costs is denied.